IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AHMAD IZAT HAMID HAJI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *Secretary of U.S. Department of Homeland Security*, et al.,<br><br>Defendants. | ) | Case No. 3:26-cv-00209<br>Judge Richardson<br>Magistrate Judge Frensley |

**ORDER OF REMAND**

Pursuant to Defendants' Motion to Remand (Doc. No. 12), the Court hereby ORDERS that:

(1) This matter is remanded to U.S. Citizenship and Immigration Services ("USCIS") for adjudication, with USCIS to schedule Plaintiff for his naturalization ceremony within thirty (30) days of this order;

(2) If no additional issues arise requiring additional evidence from Plaintiff, USCIS will complete adjudication of the Plaintiff's application within sixty (60) days of this order;

(3) If Plaintiff's naturalization application is not adjudicated within sixty (60) days from this Order, Plaintiff may move to reopen this matter; and

(4) The Clerk of Court is directed to close this case.

It is SO ORDERED.

Eli Richardson
ELI RICHARDSON
United States District Judge